NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30435
15-MAR-2011
08:09 AM

NO. 30435

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF MM, MINOR

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-S NO. 08-00693)

ORDER OF AMENDMENT
(By:  Nakamura, C.J., Foley and Fujise, JJ.)

IT IS HEREBY ORDERED that the Summary Disposition Order of the court filed on February 25, 2011 is amended by adding on page 2 "Dorothy Sellers, Solicitor General," to the attorneys representing Appellee Department of Human Services on the briefs.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, March 15, 2011.

Chief Judge

Associate Judge

Associate Judge